UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GALE ANDERSON and<br>NANCY ANDERSON,<br><br>PLAINTIFFS<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 1:17-cv-00346-JAW<br>)<br>)<br>)<br>) |

JUDGMENT

In accordance with the Order on Motion for Judgment on the Record, issued on July 20, 2018 by U.S. District Judge John A. Woodcock, Jr., Counts One and Two of the Complaint are dismissed with prejudice and JUDGMENT is hereby entered for Liberty Mutual Insurance and against Gale Anderson on Count Three of the Amended Complaint.

                                              Christa K. Berry
                                              Clerk of Court

                                       By:

                                              /s/ Michelle Thibodeau
                                              Michelle Thibodeau
                                              Deputy Clerk

Dated: July 23, 2018